IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LETICIA MARQUEZ, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | CIVIL ACTION NO. 3:23-cv-00026 |
| § | |
| SFM, LLC D/B/A SF MARKETS, LLC, § | |
| § | |
| *Defendant*. § | |

## JOINT NOTICE OF SETTLEMENT

Please take notice that Plaintiffs Leticia Marquez and Defendant SFM, LLC d/b/s SF Markets, LLC have reached a settlement in this case. The Parties are working to secure final settlement documents and funds prior to filing a dismissal with the court.

The Parties ask that the court remove all pending docket call and trial settings while they work to file an agreed dismissal.

Respectfully submitted,

THE HUYNH LAW FIRM, PLLC

*/s/ Sarah Y-Nhi Huynh*
SARAH Y-NHI HUYNH
SBN: 24092558
shuynh@huynhlaw.com
PAVEL "PAUL" SAVINOV
SBN: 24086698
savinov@huynhlaw.com
MICHAEL ALVAREZ
SBN: 24068754
malvarez@huynhlaw.com
6100 Corporate Drive, Suite 110
Houston, Texas 77036
Tel.: (281) 702-8128
Fax: (281) 712-7170
E-Service E-mail: eservice@huynhlaw.com

**ATTORNEYS FOR PLAINTIFFS**

MUNSCH HARDT KOPF & HARR, P.C.

/s/ *[signature]*

Isabelle Hutchinson
SBN: 24116551
ihutchinson@munsch.com
WILLIAM M. TOLES
SBN: 00798550
wtoles@munsch.com
500 North Akard Street, Suite 3800
Dallas, Texas 75201
Tel.: 214-880-1050
Fax: 214-855-7584

**ATTORNEY FOR DEFENDANT**