IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LETICIA MARQUEZ,<br>    Plaintiff, | § § § | |
| v. | § | EP-23-CV-00026-DB |
| SFM, LLC d/b/a SPROUTS FARMERS MARKET, LLC,<br>    Defendant. | § § § § § | |

### FINAL JUDGMENT

On June 25, 2024, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this 25th day of **June 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE